IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| STEVEN JAKOBE, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:09-CV-461-P |
| DALLAS COUNTY, TEXAS, | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 2nd day of November, 2010.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE